For the errors pointed out, the judgment of the trial court is reversed and the cause remanded.

## McCLURE v. STATE.
### No. 25290.

Court of Criminal Appeals of Texas.
April 25, 1951.

N. C. Outlaw, Erwin G. Ernst, Post, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is murder; the punishment, five years in the penitentiary.

No contention is made that the evidence does not support the verdict.

On motion for new trial appellant established that the jury, in going from the courthouse to the cafe and returning therefrom, on two occasions rode in three separate automobiles, that these automobiles were parked at different places and that the jurors walked from such parking places unattended by an officer in a busy section of town, varying distances to the cafe, and returned therefrom to their cars without the supervision of an officer.

This having been shown, it became incumbent upon the State to show that such jurors did not mingle or converse with anyone not a member of the jury. This burden the State failed to discharge. The of-

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is an aggravated assault; the punishment, a fine of $150 and 30 days in jail.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for consideration.

The judgment of the trial court is affirmed.